AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

KEVIN RITTER #69826,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:11-CV-00111-ECR-RAM**

ROBERT B. BANNISTER, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED for failure to state a claim for which relief may be granted.

|  April 18, 2011  | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |